No. 04–7382. GARCIA v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 04–7413. ALLEN v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–7419. HOLLOWAY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–7427. PEREZ, AKA LOPEZ v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–7429. DAVIS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 04–7437. ANDERSON v. WEST VIRGINIA. Cir. Ct. Wood County, W. Va. Certiorari denied.

No. 04–7444. LONGWORTH v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7450. WOODS v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7451. MCKEITHAN v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7453. TUCKER, AKA MACK v. NEW YORK. Sup. Ct. N. Y., Kings County. Certiorari denied.

No. 04–7460. ASH v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–7464. KRONCKE v. HOOD ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7466. JOHNSON v. HARKLEROAD, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–7470. RODRIGUEZ v. CHANDLER, WARDEN. C. A. 7th Cir. Certiorari denied.